UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALICE HARRY,

                Plaintiff,

-against-

PARKVIEW OPERATING CO., LLC d/b/a
WESTCHESTER CENTER FOR
REHABILITATION
AND NURSING,

                Defendant.

**ORDER**

24-CV-00292 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that the parties shall file, by October 4, 2024, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68.

SO ORDERED.

Dated: White Plains, New York
        September 19, 2024

                                            Philip M. Halpern
                                            United States District Judge