

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

October 17, 2024

VIA ECF

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
New York, New York 10601

> Application granted. Deadline extended to October 25, 2024.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 17, 2024

Re:   *Harry v. Parkview Operating Co., LLC*
       Case No. 7:24-cv-00292-PMH

Dear Judge Halpern:

      This firm represents Plaintiff Alice Harry ("Plaintiff") in the above-referenced matter. We write on behalf of all parties to respectfully request that the parties' deadline to file their motion to approve their settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) be extended from October 18 to October 25, 2024. The parties have negotiated the form and content of the agreement memorializing the terms of their proposed settlement. The parties are in the process of having the settlement agreement executed by all parties. This is the parties' second request for an extension of time to file the *Cheeks* submission.

      We thank the Court for its kind consideration of this request.

Respectfully submitted,

*/s Peter A. Romero*

PETER A. ROMERO

cc:   All counsel of record via ECF

490 Wheeler Road, Suite 277, Hauppauge, New York 11788 • (631) 257-5588 • overtimelawny.com